UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:                              CASE NO.: 06-10818 mg
Christopher Wilson,                 Chapter: 13
                    DEBTOR.         JUDGE: MARTIN GLENN
-------------------------------------------------------X

## ORDER GRANTING
## RELIEF FROM THE AUTOMATIC STAY

Upon the Application (the "Application") of Mortgage Electronic Registration Systems, Inc. as nominee for U.S. Bank, N.A. successor in interest to Alliance Mortgage Banking Corp. (the "Movant"), through its attorneys, Rosicki, Rosicki & Associates, P.C., for relief from the automatic stay, and

On or about May 3, 2007 an Order Conditionally Granting Relief from Stay was signed by the Hon. Martin Glenn (the "Conditional Order"), and

The Debtor having defaulted in making the required payments pursuant to the terms of the Conditional Order, and

A Notice to Cure having been issued by Movant pursuant to the terms of the Conditional Order and

The Debtor ( having failed to timely cure the default set forth in the Notice to Cure, and

Upon the Affirmation of Non-Compliance filed herewith and the within order having been settled on 10 day notice, it is therefore, hereby

**ORDERED** that the automatic stay instituted upon filing of the within bankruptcy case is hereby terminated pursuant to 11 U.S.C. §362(d) (1) as to Movant and it's successors and/or assigns' lien interest in the property known as 386 East 184th Street, Bronx, NY 10458, and it is further

**ORDERED** that the Movant shall immediately provide an accounting to the Trustee of any surplus monies realized, and it is further

**ORDERED** that the stay invoked pursuant to F.R.B.P. 4001 (a) (3) is waived and this order is effective upon the signing of this order.

Dated: August 28, 2009
New York, New York

/s/ Martin Glenn
Hon. Martin Glenn
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

Christopher Wilson,

                DEBTOR.

**ORDER MODIFYING AND TERMINATING AUTOMATIC STAY**

**ROSICKI, ROSICKI & ASSOCIATES, P.C.**
**Attorneys for Movant**
Main Office 51 E Bethpage Road
Plainview, NY 11803
516-741-2585